AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of South Carolina

| | | |
|---|---|---|
| Roderick English | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:12-cv-00512-JFA-SVH |
| Ned Longshore; Judge Cooper, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Roderick English , shall take nothing of the defendant, Gary Wooton, as to the complaint

filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice for lack of prosecution and

for failure to comply with this court's orders pursuant to Rule 41(b).


This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, which dismissed the
action without prejudice.

Date:  April 10, 2012               *CLERK OF COURT*

                                    s/A. Buckingham
                             _____
                               *Signature of Clerk or Deputy Clerk*